IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06-CV-00567-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ANTHONY WRIGHT,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,
JOHN & JANE DOE, in their individual and official capacity,
DENVER COUNTY MEDICAL FACILITY/PROVIDER,
JOHN & JANE DOE, in their individual and official capacity,
DENVER RECEPTION & DIAGNOSTIC CENTER,
JOHN & JANE DOE, in their individual and official capacity,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, a Notice of Intent, and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit

(3)    X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official</u>.)
(4)    __    is missing required financial information
(5)    __    is missing an original signature by the prisoner
(6)    X    is not on proper form (must use the court's current form)
(7)    __    names in caption do not match names in caption of complaint, petition or habeas application
(8)    __    An original and a copy have not been received by the court. Only an original has been received.
(9)    __    other _____

**Complaint, Petition or Application:**
(10)    __    is not submitted
(11)    X    is not on proper form (must use the court's current form)
(12)    __    is missing an original signature by the prisoner
(13)    __    is missing page nos. ___
(14)    __    uses et al. instead of listing all parties in caption
(15)    __    An original and a copy have not been received by the court. Only an original has been received.
(16)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)    __    names in caption do not match names in text
(18)    __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

Case 1:06-cv-00567-ZLW Document 2 Filed 03/28/06 USDC Colorado Page 3 of 4

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24th day of March, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   06 - CV - 00567-BNB

Anthony Wright
Reg. No. 127658
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 3-28-06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk