IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00567-ZLW

ANTHONY WRIGHT,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT., JOHN & JANE DOE, in their individual
    and official capacity,
DENVER COUNTY MEDICAL FACILITY/PROVIDER, JOHN & JANE DOE, in their
    individual and official capacity, and
DENVER RECEPTION & DIAGNOSTIC CENTER, JOHN & JANE DOE, in their
    individual and official capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 29 2008

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the motion titled "Motion to Waive Fees" that Plaintiff, Anthony Wright, submitted to and filed with the Court on February 28, 2008. The amended prisoner complaint and the instant action were dismissed without prejudice on June 21, 2006. This case is closed. Therefore, the motions Mr. Wright submitted on February 28 are DENIED as moot.

Dated: February 29, 2008

Copies of this Minute Order mailed on February 29, 2008, to the following:

Anthony Wright
Reg. No. 127658
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

                                      */s/*
                              Secretary/Deputy Clerk